# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:18-CV-00251-MCE-GGH |
| Plaintiff, | **ORDER** |
| v. | |
| AU ENERGY, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal not later than sixty (60) days following the date this Order is electronically filed. Failure to comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE