# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AU ENERGY, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | **Case No**. 2:18-CV-00251-MCE-GGH<br><br>TO EXTEND DATE FOR FILING DISMISSAL |

Pursuant to the stipulation of the parties, the deadline to file a dismissal in this action is hereby extended to September 12, 2018.

IT IS SO ORDERED.

Dated: August 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1