# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>AU ENERGY, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:18-CV-00251-MCE-GGH<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE